# EXHIBIT A

## RHONDA LANG

| Copyright Owner | Artist | Recording Title | Album Title | SR# |
|---|---|---|---|---|
| Capitol Records, Inc. | Billy Idol | Rebel Yell | Rebel Yell | 52-131 |
| UMG Recordings, Inc. | George Strait | I Can Still Make Cheyenne | Blue Clear Sky | 221-625 |
| UMG Recordings, Inc. | U2 | With or Without You | The Joshua Tree | 78-949 |
| SONY BMG MUSIC ENTERTAINMENT | Korn | Freak On a Leash | Follow the Leader | 263-749 |
| Arista Records LLC | TLC | Unpretty | Fanmail | 298-454 |
| BMG Music | Kenny Chesney | How Forever Feels | Everywhere We Go | 263-302 |
| BMG Music | Tyrese | Sweet Lady | Tyrese | 237-788 |
| UMG Recordings, Inc. | Dru Hill | These Are The Times | Enter the Dru | 290-402 |
| SONY BMG MUSIC ENTERTAINMENT | Korn | Falling Away from Me | Issues | 276-133 |
| Arista Records LLC | Avril Lavigne | Complicated | Let Go | 312-786 |