





















**Kazaa - [Search]**

File   View   Player   Tools   Actions   Help

Web   My Kazaa   Theater   Search   Traffic   Shop   Tell A Friend

New search   Download   Search Field

| User | Filename | Artist | Size | Media Type |
|------|----------|--------|------|------------|
| longhornfan@KaZaA | DJ DMD feat. Lil' Keke _Fat Pat - 25 Lighters.mp3 | DJ DMD f. Lil' Keke _Fat ... | 4,486KB | Audio |
| longhornfan@KaZaA | Lita Ford - Kiss Me Deadly.mp3 | Lita Ford | 5,668KB | Audio |
| longhornfan@KaZaA | Ozzie Osborne - Mr. Crowley.mp3 | Ozzy Osbourne | 5,524KB | Audio |
| longhornfan@KaZaA | Black Sabbath _Ronnie James Dio - Heaven And Hell.mp3 | Black Sabbath | 5,901KB | Audio |
| longhornfan@KaZaA | TLC - Unpretty.mp3 | TLC | 4,345KB | Audio |
| longhornfan@KaZaA | Juvenile - Back That Ass Up.mp3 | Juvenile | 4,190KB | Audio |
| longhornfan@KaZaA | jayz - me and my girlfriend.mp3 | 01-jay-z_ft._beyonce-bo... | 3,232KB | Audio |
| longhornfan@KaZaA | Deana Carter - Strawberry Wine.mp3 | Deana Carter | 3,415KB | Audio |
| longhornfan@KaZaA | Nelly - Hot in Herre (The real hot in here).mp3 | Nelly | 3,668KB | Audio |
| longhornfan@KaZaA | Honey Browne - texas angel (1).mp3 | Honey Browne | 4,080KB | Audio |
| longhornfan@KaZaA | Puf Daddy feat R. Kelly - Satisfy you.mp3 | R. Kelly and Puff Daddy | 3,216KB | Audio |
| longhornfan@KaZaA | POD - Alive.mp3 | P.O.D | 3,156KB | Audio |
| longhornfan@KaZaA | pink - 02 - don't let me get me - supermp3s.mp3 | Pink | 1,646KB | Audio |
| longhornfan@KaZaA | Limp Bizkit - He Said She Said Bullshit.mp3 | Limp Bizkit | 2,572KB | Audio |
| longhornfan@KaZaA | Copy of Christina Aquilara - What A Girl Wants (1).mp3 | Christina Aguilara | 2,338KB | Audio |
| longhornfan@KaZaA | ashanti feat murda inc - foolish.mp3 | Ashanti | 3,554KB | Audio |
| longhornfan@KaZaA | Usher - Nice and Slow.mp3 | Usher | 3,559KB | Audio |
| longhornfan@KaZaA | Southpark Mexican (SPM) - Mary Go Round.mp3 | South Park Mexicans | 3,076KB | Audio |
| longhornfan@KaZaA | 112 - Peaches And Cream (Feat Ludacris) (1).mp3 | 112 ft. Ludacris | 4,458KB | Audio |
| longhornfan@KaZaA | D12 - Purple Pills.mp3 | D12 | 4,748KB | Audio |

Found 521 files

2,417,230 users online, sharing 379,551,298 files (48,9   Not sharing any files

































Kazaa - [Search]

File  View  Player  Tools  Actions  Help

Web    My Kazaa    Theater    Search    Traffic    Shop    Tell A Friend

New search    Download    Search Field

| User | | Filename | Artist | Size | Media Type |
|------|---|----------|--------|------|------------|
| | longhornfan@KaZaA | J-Kwon -- Tipsy.mp3 | J-Kwon | 3,727KB | Audio |
| | longhornfan@KaZaA | kanye_west-through_the_wire.mp3 | Kayne West | 3,553KB | Audio |
| | longhornfan@KaZaA | RUBEN STUDDARD - I'M SORRY 2004.mp3 | Ruben Studdard | 6,127KB | Audio |
| | longhornfan@KaZaA | mario winans-i don't wanna know (1).mp3 | mario winans feat p. diddy | 5,102KB | Audio |
| | longhornfan@KaZaA | Darude - Sandstorm.mp3 | Da Rude | 3,532KB | Audio |
| | longhornfan@KaZaA | Ginuwine - Pony.mp3 | Ginuwine | 3,937KB | Audio |
| | longhornfan@KaZaA | Cher - 03 - This Is A Song For The Lonely.mp3 | Cher | 3,782KB | Audio |
| | longhornfan@KaZaA | Used Heart For Sale - Her Man.mp3 | Gary Allan | 2,563KB | Audio |
| | longhornfan@KaZaA | 05-gary_allen-songs_about_rain-ksi.mp3 | Gary Allen | 5,131KB | Audio |
| | longhornfan@KaZaA | gary allan - alright guy 01 - man to man (1).mp3 | Gary Allen | 3,436KB | Audio |
| | longhornfan@KaZaA | She Thinks She Needs Me.mp3 | Andy Griggs | 3,710KB | Audio |
| | longhornfan@KaZaA | Montgomery Gentry - Stop Loving Me .mp3 | Montgomery Gentry | 4,203KB | Audio |
| | longhornfan@KaZaA | Paint_Me_A_Birmingham.mp3 | Tracy Lawrence | 2,670KB | Audio |
| | longhornfan@KaZaA | Gary Allen No Man in His Wrong Heart (1).mp3 | Gary Allan | 3,958KB | Audio |
| | longhornfan@KaZaA | gary allen - right where i need to be (1).mp3 | Gary Allen | 2,852KB | Audio |
| | longhornfan@KaZaA | 1985.mp3 | Bowling for Soup | 2,271KB | Audio |
| | longhornfan@KaZaA | juvenile - mamma got ass.mp3 | Juvenile | 4,228KB | Audio |
| | longhornfan@KaZaA | Ludicris feat. Trina, Shawna, and Foxy Brown - What's You.. | Ludacris feat. Foxy Brow... | 3,258KB | Audio |
| | longhornfan@KaZaA | missy - minuteman remix ft ludacris _trina.mp3 | Minute Men | 4,015KB | Audio |
| | longhornfan@KaZaA | Spongebob Theme (Techno Remix).mp3 | Toxic Candy | 980KB | Audio |

Found 521 files    2,417,230 users online, sharing 379,551,298 files (48,9  Not sharing any files

